**SEALED**

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

**FILED**
**May 28, 2020**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| AARON BEASLEY | ) | Case No.   3:20-MJ-521-BN |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 16, 2020__ in the county of __Dallas__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §§ 751(a) and 4082(a)  Escape From Custody | The defendant, Aaron Beasley, did knowingly escape from custody in the Volunteers of America Residential Reentry Center in Hutchins, Texas, an institutional facility in which he was confined at the direction of the Attorney General by virtue of a judgment and commitment order of the United States District Court for the Northern District of Texas upon conviction for the commission of Felon in Possession of a Firearm in violation of 18 USC §§ 922(g)(1) and 924(a)(2), by willfully failing to remain within the limits of his confinement and by willfully failing to return within the time prescribed. |

This criminal complaint is based on these facts:

See attached affidavit of Deputy United States Marshal Laura Dale

☒ Continued on the attached sheet.

*Complainant's signature*

Deputy United States Marshal Laura Dale
*Printed name and title*

Agent sworn and signature confirmed before me via reliable electronic means pursuant to Fed. R. Crim. P. 4.1.

Date: May 28, 2020

*Judge's signature*

City and state: Dallas, Texas

DAVID L. HORAN, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Laura Dale, being duly sworn, do depose and state the following:

## INTRODUCTION

1. I am a Deputy United States Marshal with the United States Marshals Service (USMS). I have been employed with the USMS since June 2010. I am presently assigned to the Dallas Field Division, in Dallas, Texas. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of 21 U.S.C. § 878(a). As part of my duties, I have participated in a number of investigations involving violations of 18 U.S.C. §§ 751 and 4082 (Escape from Custody). This affidavit is made in support of a criminal complaint and arrest warrant for Aaron Beasley (a black male, date of birth XX-XX-1989).

2. This affidavit is based on my personal knowledge as well as on information provided to me by other law enforcement officers and other individuals who have participated in this investigation. Since this affidavit is being submitted for the limited purpose of establishing probable cause for an arrest warrant via criminal complaint, I have not included each and every fact known to me concerning this investigation.

## PROBABLE CAUSE

3. Since May 16, 2020, the USMS has been investigating Aaron Beasley for Escape From Custody. On that date, the USMS was contacted by the Dallas Residential Reentry Manager of the Volunteers of America Residential Center (VOA) in Hutchins, Texas, in the Northern District of Texas. VOA is an institutional facility more

Affidavit - Page 1

commonly known as a "halfway house."  The manager contacted the USMS to report that Aaron Beasley had escaped from custody.  Beasley had previously been convicted in Northern District of Texas cause number 3:16-CR-484-K of two counts of being a Felon in Possession of a Firearm in violation of 18 USC §§ 922(g)(1) and 924(a)(2).  For his convictions, United States District Court Judge Ed Kinkeade issued a judgment and commitment order against Beasley on August 21, 2027, that sentenced Beasley to 57 months incarceration followed by two years of supervised release.  Based upon that judgment and commitment order, Beasley was later assigned to remain at the VOA halfway house on April 23, 2020.  Beasley was not due to be released from VOA until sometime in October of 2020.

  4. Upon investigating, USMS investigators learned that Beasley was seen on May 16, 2020, with a women near a black BMW X4 sedan in the parking lot of the VOA. VOA staff called Beasley and told staff that he was down the street at a QT gas station. Staff instructed Beasley to return to the VOA but he did not.  He has not been seen at the VOA again since that time.

## CONCLUSION

Based on the foregoing facts, acts, and circumstances, there is probable cause to believe that from on or about January 16, 2020, Aaron Beasley (a black male, date of birth XX-XX-1989) committed and is committing a violation of 18 U.S.C. §§ 751(a) and 4082(a), that is, Escape From Custody, within the Northern District of Texas.

Affidavit - Page 2

5/27/2020
Date

*[signature: Laura Dale]*
Laura Dale
Deputy United States Marshal

    Agent sworn and signature confirmed before me via reliable electronic means pursuant to Fed. R. Crim. P. 4.1 on May ___28___, 2020.

*[signature]*

DAVID L. HORAN
United States Magistrate Judge
Northern District of Texas